IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEPHEN PULLENS,

           Petitioner,

vs.

JUDGE GREGORY SCHATZ, Douglas County District Court;

           Respondent.

4:21CV3189

**ORDER**

This matter is before the court on its own motion. On September 20, 2021, Petitioner filed a document entitled "Notice of Appeal (for Mandamus)" which has been docketed as a Petition for Writ of Mandamus. (Filing 1.) However, Petitioner failed to include the $402.00 filing and administrative fees. Petitioner has the choice of either submitting the $402.00 filing and administrative fees to the clerk's office or submitting a request to proceed in forma pauperis ("IFP"). Failure to take either action within 30 days will result in the court dismissing this case without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to submit the $402.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **October 27, 2021**: Check for MIFP or payment.

Dated this 27th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge