IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN PULLENS,<br><br>        Petitioner,<br><br>vs.<br><br>JUDGE GREGORY SCHATZ, Douglas County District Court;<br><br>        Respondent. | **4:21CV3189**<br><br>**ORDER** |

    IT IS ORDERED that Petitioner's "Supplemental Information of Mandamus Petition" (filing 16), construed as a motion, is denied as moot. The court dismissed this matter without prejudice for lack of subject-matter jurisdiction on January 20, 2022.

    Dated this 25th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge